PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Charles Torres **Docket Number:** 95-00147-001
**PACTS Number:** 10480

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/16/08

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 41 months imprisonment; 2 years supervised release

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 06/16/11

**Assistant U.S. Attorney:** Robert Frazer, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** W. Scott Murphy, Esquire, 437 60th Street, West New York, NJ 07093 (201) 868-1400

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On October 28, 2011, the offender was arrested by the East Rutherford police and charged with possession of a controlled dangerous substance and promoting prostitution. |
| 2 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' |
| | The offender failed to inform the Probation Office of his new arrest within 72 hours of being arrested. |
| 3 | The offender has violated the standard supervision condition which states 'As |

directed by the U.S. Probation Office, you shall participate in Gamblers Anonymous or similar treatment at the discretion of the United States Probation Office.

The offender was instructed, on several occasions, to attend Gamblers Anonymous meetings; however, Torres has failed to do so.

4    The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $500, no less than $50 per month and a $100 Special Assessment due immediately.

The offender has failed to submit any payments towards his fine (other than payments made while in BOP custody, $25 balance) or his Special Assessment fee, despite being directed to do so on many occasions.

I declare under penalty of perjury that the foregoing is true and correct.

Carolee Ann Azzarello
2011.12.14
10:32:58 -05'00'

By: Andrea Shumsky
U.S. Probation Officer
Date: 12/14/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 10 Jan 2012
[ ] No Action
[ ] Other

Signature of Judicial Officer

20 Dec 2011
Date